```
FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THOMAS K. HIGUCHI, as Personal Representative of the Estate of SUZANNE KEIKO HIGUCHI also known as SUZANNE K. HIGUCHI,<br><br>            Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>            Third Party Plaintiff,<br><br>     vs.<br><br>BIG ISLAND RESTAURANT GROUP, INC.<br><br>            Third Party Defendant.<br>_____ | CIVIL NO. 11-00709 ACK BMK<br><br>DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO THIRD PARTY DEFENDANT BIG ISLAND RESTAURANT GROUP, INC.'S CROSS CLAIM FILED 10/15/12; CERTIFICATE OF SERVICE |

**DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO
THIRD PARTY DEFENDANT BIG ISLAND RESTAURANT GROUP, INC.'S
CROSS CLAIM FILED 10/15/12**

Comes now the Defendant UNITED STATES OF AMERICA, by and through its attorneys Florence T. Nakakuni, United States Attorney and Harry Yee, Assistant United States Attorney, and for its answer to THIRD PARTY DEFENDANT BIG ISLAND RESTAURANT GROUP, INC.'S (hereinafter BIRG) CROSS CLAIM FILED 10/15/12, alleges and avers as follows:

1.   The allegations of paragraphs 1-4 are denied.

**AFFIRMATIVE DEFENSES**

<u>FIRST DEFENSE</u>

The Complaint fails to state a cause of action.

<u>SECOND DEFENSE</u>

THIRD PARTY DEFENDANT BIRG has failed to state a claim upon which relief can be granted.

<u>THIRD DEFENSE</u>

Any injury or injuries sustained by the Plaintiff were caused in whole or in part by and through the carelessness and negligence of THIRD PARTY DEFENDANT BIRG.

<u>FOURTH DEFENSE</u>

Any injury sustained by Plaintiff was not caused by carelessness or negligence on the part of the United States, its agents, servants or employees, but was caused solely by and through the negligence of the THIRD PARTY DEFENDANT BIRG.

## FIFTH DEFENSE

The liability of the United States and responsible parties, named or unnamed, if any, should be apportioned according to their respective degrees of fault, and the liability of these Defendants or unnamed and indispensable third parties, if any should be reduced accordingly.

## SIXTH DEFENSE

All future damages, if any, must be reduced to present value.

## SEVENTH DEFENSE

The Federal Tort Claims Act prohibits recovery of attorney's fees.

## EIGHTH DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

## NINTH DEFENSE

The United States reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

WHEREFORE, Defendant prays that a judgment of reasonable costs be rendered for the suit and for such other, and further relief as this Court may deem just.

DATED: December 14, 2012, at Honolulu, Hawaii.

        FLORENCE T. NAKAKUNI
        United States Attorney
        District of Hawaii

          /s/ Harry Yee
By _____
    HARRY YEE
    Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on December 14, 2012, and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

Sidney K. Ayabe, Esq.     Sidney.Ayabe@hawadvocate.com
Steven L. Goto, Esq.      Steven.Goto@hawadvocate.com
Ayabe, Chong, Nishimoto,
Sia & Nakamura
1003 Bishop Street, Suite 2500
Honolulu, HI 96813

Attorneys for Third Party Defendant BIRG


James J. Bickerton, Esq.     bickerton@bsds.com
Stephanie L. Marn, Esq.      marn@bsds.com
Bickerton Lee Dang & Sullivan
Fort Street Tower
745 Fort Street, Suite 801
Honolulu, Hawaii 96813

Attorneys for Plaintiff
THOMAS K. HIGUCHI, as Personal Representative
of the Estate of Susan Keiko Higuchi, also
Known as Suzanne K. Higuchi

DATED: December 14, 2012, at Honolulu, Hawaii.

                                      FLORENCE T. NAKAKUNI
                                      United States Attorney
                                        District of Hawaii


                                          /s/ Harry Yee
                              By_____
                                HARRY YEE
                                Assistant U.S. Attorney

                                Attorneys for Defendant
                                UNITED STATES OF AMERICA